1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



**FILED**

JUN 16 2011



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK



SEALED

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

11  IN THE MATTER OF THE SEIZURE OF: )
                                     )
12  ALL FUNDS MAINTAINED AT CITIBANK )    2:11sw265 KJN
    PERSONAL SAVINGS ACCOUNT NUMBER  )
13  40017347010, HELD IN THE NAME    )    ORDER RE: REQUEST TO SEAL
    KALENA NGUYEN, IN AN AMOUNT UP   )    DOCUMENTS
14  TO AND INCLUDING $136,700.00,    )
                                     )
15            DEFENDANT.             )
                                     )
16  _____ )

17       Upon application of the United States of America and good cause

18  having been shown,

19       IT IS HEREBY ORDERED that the seizure warrant and seizure

20  warrant affidavit underlying the seizure warrant in the above-

21  captioned proceeding shall be filed under seal and shall not be

22  disclosed to any person unless otherwise ordered by this Court, with

23  the exception that a copy of the seizure warrant will be left at the

24  scene of the seizure and with the account holder.

25

26  Date: June 16 , 2011

27                                   _____
                                     KENDALL J. NEWMAN
                                     United States Magistrate Judge
28

                                     1